UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL ROCK and PAUL ROCK
PRODUCED, LLC, an individual

    Plaintiffs,

v.                                                    Case No:   2:15-cv-228-FtM-29CM

EVERGREEN MEDIA
HOLDINGS, LLC, TONY
DEROSA-GRUND and DOES,

    Defendants.

## ORDER

Before the Court is the parties' Consent/Agreed Motion for an Order Extending the Mediation Deadline (Doc. 40) filed on November 23, 2015.   Pursuant to the Order dated April 27, 2017 (Doc. 39), this case was consolidated with Case No. 2:14-cv-499-JES-MRM.   Pursuant to that Order, Case No. 2:14-cv-499-JES-MRM is the lead case and this case is the member case.  Doc. 39 at 3.  The district judge ordered that "[t]he parties shall thereafter only make all further filings in the lead, first filed case (Case No. 2:14-cv-499-FtM-29DNF) using the caption of both cases… The Clerk shall further terminate all deadlines in the member case and close that file."  *Id.* Accordingly, this case was closed.

ACCORDINGLY it is hereby

**ORDERED:**

1.    Consent/Agreed Motion for an Order Extending the Mediation Deadline (Doc. 40) is **DENIED as moot**.

2. The parties may re-file their motion in Case No. 2:14-cv-499-JES-MRM in accordance with the directives in the Order issued in this case dated April 27, 2017 (Doc. 39).

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record